**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 401 MAL 2021

            Respondent           :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

             v.                  :

                                     :

JESSE MCGRATH,                :

                                     :

            Petitioner         :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 17th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.